# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama



Certified to be a true and
correct copy of the original
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: *Edwina Crawford*
Deputy Clerk
Date: December 21, 2023

| | |
|---|---|
| United States of America<br>v.<br>NASHON TERRAL ITEZ JONES<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    Case No.   23-mj-321 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NASHON TERRAL ITEZ JONES
                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:
   Title 18 U.S.C. 922(g): Possession of a Firearm by a Prohibited Person (Felon).

Date:    12/21/2023         

                             **P. Bradley Murray**   Digitally signed by P. Bradley Murray
                                           Date: 2023.12.21 15:49:43 -06'00'
                                           *Issuing officer's signature*

City and state:    Mobile, Alabama                      Hon. P. Bradley Murray, U.S. Magistrate Judge
                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   12/21/2023   , and the person was arrested on *(date)*   12/21/2023<br>at *(city and state)*   BAY MINETTE, AL   .<br><br>Date:   12/22/2023<br><br>                                 *Arresting officer's signature*<br><br>           JOSHUA COLEMAN   TFO<br>                                 *Printed name and title* |